**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-0837

Ricki Jones and Charles Jones

- - Versus - -

Frank Bravata, Jr. and the City of Baton Rouge

19th Judicial District Court
Case #: 594788
East Baton Rouge Parish

On Application for Rehearing filed on 05/22/2019 by Ricki Jones

Rehearing _____ **DENIED** _____

_____
Vanessa Guidry Whipple

_____
Page McClendon

_____
Toni Manning Higginbotham

Date _____ JUL 2 4 2019 _____

_____
Rodd Naquin, Clerk